**SUPREME COURT OF NEW JERSEY**
**D-169 September Term 2018**
**083348**

In the Matter of

Jamie Ray-Leonetti,

An Attorney At Law

(Attorney No. 016451999)

:
:
:
:
:
:
:
:

**FILED**    ORDER

**JAN 3 0 2020**

_Heather J Baker_
CLERK

The Disciplinary Review Board having filed with the Court its decision in DRB 19-001, concluding that as a matter of reciprocal discipline pursuant to Rule 1:20-14, **Jamie Ray-Leonetti of Philadelphia, Pennsylvania,** who was admitted to the bar of this State in 1999, should be suspended from practice for a period of six months based on discipline imposed in the Commonwealth of Pennsylvania for unethical conduct that in New Jersey constitutes violations of RPC 1.3 (lack of diligence), RPC 1.4(b)(failure to keep client reasonably informed about the status of a matter or to promptly comply with reasonable requests for information), RPC 1.4(c)(failure to explain matter to the extent reasonably necessary to permit client to make informed decisions regarding the representation), RPC 4.1(a)(1)false statement of material fact or law to a third person), and RPC 8.4(c)(conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further determined that prior to reinstatement to practice, respondent should provide proof of her fitness to practice law;

And good cause appearing;

It is ORDERED that **Jamie Ray-Leonetti** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that prior to reinstatement to practice, respondent shall provide proof of her fitness to practice law, as attested to by a mental health professional approved by the Office of Attorney Ethics; and it is further

ORDERED that respondent comply with Rule 1:20-20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to Rule 1:20-20(c), respondent's failure to comply with the Affidavit of Compliance requirement of Rule 1:20-20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of RPC 8.1(b) and RPC 8.4(d); and (3) provide a basis for an action for contempt pursuant to Rule 1:10-2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 28th day of January, 2020.

**CLERK OF THE SUPREME COURT**